IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **I. STEPHEN RABIN**, on behalf of himself and all others similarly situated,<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**NASDAQ OMX PHLX LLC,**<br>**NASDAQ OMX GROUP, INC.,** *et al.*<br>　　　　　　**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**No. 15-551** |

**ORDER**

This 21st day of April, 2016, upon consideration of Defendants' Motions to Dismiss and related filings, it is **ORDERED** that Plaintiff's Complaint is **DISMISSED**. The Clerk of Court shall mark this matter **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge