IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I. STEPHEN RABIN, on behalf of himself and all others similarly situated,<br>　　　　　　Plaintiff, | :<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 15-551 |
| v. | : | |
| NASDAQ OMX PHLX LLC,<br>NASDAQ OMX GROUP, INC., *et al.*<br>　　　　　　Defendants. | :<br>:<br>:<br>: | |

## ORDER

This 20th day of July, 2016, upon consideration of Defendant Sumo Capital LLC's Motion to Amend the Judgment to Include Mandatory Rule 11 Findings and Impose Sanctions, Plaintiff's Response, Defendant's Reply, and the full record of this case, it is **ORDERED**:

1)   Defendant Sumo Capital LLC's Motion is **DENIED.**

2)   Having thoroughly reviewed the conduct of all parties and counsel in this case, and having reached the conclusions explained the Memorandum attached to this Order, I find no Party or Counsel has violated Rule 11 of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　United States District Judge