UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-2511
_____

I. STEPHEN RABIN, on behalf of himself
and all others similarly situated,
                        Appellant

v.

NASDAQ OMX PHLX LLC; NASDAQ OMX GROUP, INC.;
BEDROCK TRADING LTD; BLUEFIN TRADING, LLC;
CONSOLIDATED TRADING LLC; ELM TRADING, L.P.;
FIRST DERIVATIVE TRADERS, LP; HAP TRADING, LLC;
KEYSTONE TRADING PARTNERS, LLC; LARGO TRADING, L.P.;
SUMMIT SECURITIES GROUP, LLC; SUMO CAPITAL, LLC;
SUSQUEHANNA INTERNATIONAL GROUP LLP; SIG HOLDING LLC;
TSR ASSOCIATES, LLC; V TRADER-CG, LLC; SUSQUEHANNA
SECURITIES; SUSQUEHANNA INVESTMENT GROUP

_____

APPEAL FROM THE DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
(D.C. No. 2-15-cv-00551)
District Judge: Honorable Gerald A. McHugh

_____

Argued: October 3, 2017
_____

Before: SHWARTZ and ROTH, Circuit Judges, and PAPPERT, District Judge.[*]
_____

JUDGMENT
_____

---

[*] Honorable Gerald J. Pappert, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on October 3, 2017. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on April 21, 2016 is AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: October 25, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** November 30, 2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**